■ FELIX REYES, Appellant, v JOSE M. ESQUILIN, Respondent, et al., Defendants. [866 NYS2d 4]—

Order, Supreme Court, Bronx County (Dianne T. Renwick, J.), entered July 5, 2007, which granted defendants' motions for summary judgment dismissing the complaint for lack of a serious injury as required by Insurance Law § 5102 (d), unanimously affirmed, without costs.

Plaintiff failed to present objective medical evidence responsive to defendants' showing that the MRIs of plaintiff taken shortly after the accident revealed only age-related degenerative changes, not any sudden trauma that can be causally related to the accident (*see Pommells v Perez*, 4 NY3d 566, 579 [2005]; *Ronda v Friendly Baptist Church*, 52 AD3d 440 [2008]; *Becerril*

*v Sol Cab Corp.*, 50 AD3d 261 [2008]). Absent such evidence, it does not avail plaintiff's 90/180-day claim that defendants' experts did not address his condition during the relevant period of time (*see Blackwell v Fraser*, 13 AD3d 157, 157 [2004]; *cf. Webb v Johnson*, 13 AD3d 54, 55 [2004]). Concur—Lippman, P.J., Tom, Williams, McGuire and Freedman, JJ.